USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/17/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORPORATION,

          Plaintiff,

-against-

LURLINE FRANKLIN ET AL.,

          Defendants.

26 Civ. 1117 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

The Parties are informed that the recently filed proposed Case Management Plan (ECF No. 34) was improperly filled out.

Being as the Parties are interested in proceeding before the Magistrate Judge, the Parties are directed to:

(1) File a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (AO-85), pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, that includes the signatures of all active parties using the ECF Filing Event "PROPOSED CONSENT TO JURISDICTION BY US MAGISTRATE JUDGE."

          SO ORDERED.

Dated:  June 17, 2026
       White Plains, New York

_____
NELSON S. ROMÁN
United States District Judge